

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00635-CV

**IN RE E.F., J.P.V., V.J.V., AND R.J.V., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01049
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

 Appellant's counsel has filed a notice stating there is no final order in this case. The clerk's record has been filed, and it shows no final order was signed in this case. Generally, an appeal may be taken only from a final judgment or order. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An appealable judgment or order must be written and signed by the trial court. An oral ruling, not reduced to writing and signed by the trial court, is not a final or otherwise appealable judgment or order. *See* TEX. R. APP. P. 26.1 (appellate timetable runs from the date the judgment or order is signed); *Farmer v. Ben E. Keith Co.,* 907 S.W.2d 495, 496 (Tex. 1995) (per curiam); *Stokley v. Bank of New York Mellon*, No. 05-15-00921-CV, 2015 WL 5286967, at *1 (Tex. App.—Dallas Sept. 10, 2015, no pet.) (mem. op.).

 Because there is no final appealable judgment or order in this case, we **ORDER** counsel to file a response, by **December 13, 2018**, showing why this appeal should not be dismissed for want of jurisdiction. If a supplemental clerk's record is required to demonstrate our jurisdiction, appellant must (a) ask the trial court clerk to prepare the record, and (b) notify this court that such a request was made. We further **ORDER** the appellate deadlines suspended until further order of this court. If appellant fails to file a satisfactory response by the date ordered, the appeal will be dismissed.

_____
Luz Elena D. Chapa, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court